# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 22, 2015

## NO. 03-14-00178-CV

**Eugene Albert Beyer, Appellant**

**v.**

**Phyllis Arlene Beyer, Appellee**

### APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the orders signed by the trial court on February 25, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.